94–318.  State v. Mann.  *Cuyahoga County,* No. 63903.  On motion for leave to file delayed appeal.  Motion granted.

94–320.  Adams v. Ohio Dept. of Commerce.  *Franklin County,* No. 93AP–1028.  On motion for leave to file *amicus* of Ohio Public Employees Lawyers Association.  Motion granted.

94–328.  Rowan v. Rowan.  *Lake County,* No. 93–L–044.  On motion to consolidate with 94–326, *Ferrari v. Ferrari,* Lake County, No. 93–L–058, and 94–329, *Stewart v. Stewart,* Lake County, No. 93–L–051.  Motion denied.

MOYER, C.J., dissents.

94–331.  State v. Rogers.  *Cuyahoga County,* No. 63979.  On motion to treat notice of appeal as motion for delayed appeal.  Motion granted and motion for leave to file delayed appeal granted.

94–336.  State v. Martinelli.  *Cuyahoga County,* No. 45148.  On motion for leave to file delayed appeal.  Motion denied.

PFEIFER, J., dissents.

94–337.  State v. Harris.  *Richland County,* No. 93–CA–87.  On motion for leave to file delayed appeal.  Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

94–338.  State v. Gott.  *Lorain County,* No. 93CA005560.  On motion for leave to exceed page limit.  Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

94–381.  State v. Stewart.  *Stark County,* No. 9154.  On motion for leave to exceed page limit.  Motion denied.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.